AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America )
v. )
Ryan S. Braunschweig )

)  Case No:  8:04CR194
)  USM No:  20234-068

Date of Original Judgment:          07/15/2005 )
Date of Previous Amended Judgment: _____ )  Alan G. Stoler
*(Use Date of Last Amended Judgment if Any)*          *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     180                    months **is reduced to**     151 months                    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          07/15/2005          shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          06/22/2015

Effective Date:          11/01/2015          Laurie Smith Camp, Chief U.S. District Judge
*(if different from order date)*          *Printed name and title*

*Judge's signature*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Ryan S. Braunschweig

CASE NUMBER: 8:04CR194

DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: 31 | Amended Total Offense Level: 29 |
| Criminal History Category: VI | Criminal History Category: VI |
| Previous Guideline Range: 188 to 235 months | Amended Guideline Range: 151 to 188 months |

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

The Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 121) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 122) is approved.